ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| L.P.C & D., Inc. | ) ASBCA No. 63281 |
| | ) |
| Under Contract No. W912EP-14-C-0021 | ) |

APPEARANCES FOR THE APPELLANT:    Lochlin B. Samples, Esq.
Karl Dix, Jr., Esq.
  Smith Currie & Hancock LLP
  Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
Kristin M. Bigham, Esq.
Susan E. Symanski, Esq.
James M. Zaleski, Esq.
Amber R. Jackson, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Jacksonville

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  June 25, 2024

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63281, Appeal of L.P.C & D., Inc., rendered in conformance with the Board's Charter.

Dated:  June 25, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2